**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 95-60319
_____

RAY B. HILL, ET AL,

                                    Plaintiffs-Appellants,

AND

KELLEN KNIGHT; FLORA KNIGHT; M D COATS, SR;
 LAURA MARIE COATS; JEFFREY MARK COATS,

                                    Plaintiffs,

VERSUS

CONTINENTAL GRAIN COMPANY,

                                    Plaintiff-Appellee,

VERSUS

WILLIE KILGORE, an Individual, and
WAYNE POULTRY DIVISION OF
CONTINENTAL GRAIN COMPANY,
a foreign corporation,

                                    Defendants-Appellees.
-----------------------------------------

CONTINENTAL GRAIN COMPANY,

                                    Plaintiff-Appellee,

VERSUS

RAY B. HILL; JUDY HILL,

                                    Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(2:95cv191GS)
_____

February 6, 1996

Before KING, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Appellants complain of orders of the district court declining to remand plaintiffs' case to the state court and the order dismissing plaintiffs' suit. After reviewing the record in this case and considering the parties' briefs, we find neither error nor abuse of discretion by the district court. The district court's judgment is therefore AFFIRMED.

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.